IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In Re: Barry K. and Dana M. Kellerman
Bankruptcy No. 4:09-bk-13935

BARRY K. KELLERMAN and                                                          APPELLANTS
DANA M. KELLERMAN

v.                                      No. 4:15CV00347 JLH

RANDY RICE, Trustee;
and ARVEST BANK                                                                 APPELLEES

## JUDGMENT

Pursuant to the Memorandum Opinion entered separately today, the judgment of the United States Bankruptcy Court for the Eastern District of Arkansas is affirmed.

IT IS SO ORDERED this 14th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE